■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID C. READ, Appellant.— Appeal dismissed for failure to comply with previous order.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STANLEY STRAUCH, Appellant.— Appeal dismissed for failure to comply with previous order.

■ EASTERN PLYWOOD AND DOOR CO., INC., Respondent, v. STATE OF NEW YORK, Appellant.— Appeal dismissed, without costs, upon stipulation.

■ ALBERT H. GAROFALO et al., Respondents-Appellants, v. STATE OF NEW YORK, Appellant-Respondent.— Appeal dismissed, without costs, upon stipulation.

■ WILLIAM E. SIMONE, an Infant, etc., et al., Respondents, v. J. C. MIRGUET CO., INC., et al., Appellants.— Appeal dismissed, without costs, upon stipulation.

■ DAVID FORMATO, an Infant, etc., et al., Plaintiffs, v. NICHOLAS SAVATTIERI, Defendant.— Appeal dismissed, without costs, upon stipulation.

■ EDNA WIEDMAN, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted and appeal dismissed, without costs.

■ ROBERT P. JACOBSON, Appellant, v. STATE OF NEW YORK, Respondent. — Motion granted and appeal dismissed, without costs.

■ KENNETH R. ADLER, Appellant, v. STATE OF NEW YORK, Respondent. — Motion granted and appeal dismissed, without costs.

■ GALE ALLEN, Appellant, v. LEWIS F. MCLEAN, Respondent.— Motion granted and appeal dismissed, without costs.

■ HELEN M. YATES, as Administratrix of the Estate of ROBERT C. YATES, Deceased, Plaintiff, v. S. W. HIXON, Doing Business as HIXON TRUCK LINE, et al., Defendants.— Motion granted and appeal dismissed, without costs.

■ NORMAN B. RICHARD, Appellant, v. ADAM OSCAR, Respondent.— Motion granted and appeal dismissed, with $10 motion costs.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUSSELL EATON, Appellant.— Motion granted and appeal dismissed.

■ ANTHONY P. D'AMATO, Appellant, v. WALLACE ROSS, Respondent, et al., Defendants.— Motion to amend notice of appeal granted.

■ ANTHONY J. LA FACHE, an Infant, by LOUIS F. LA FACHE, His Guardian ad Litem, et al., Appellants, v. CATHERINE BOGDEN et al., Respondents.— Motion to dismiss appeal denied, with leave to renew after the determination of the motions pending in Oneida County.

■ PETER PILLITTIERI, as Executor of CARLO PILLITTIERI, Deceased, Appellant, v. WARREN J. SMITH et al., Respondents.— Motion to extend time to file and serve respondent's brief and to argue case granted on condition that respondent's brief be filed and served, or a demand therefor pursuant to rule VII of the rules of this court be filed on or before February 16, 1959 and the case argued at the March 1959 Term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLIFFORD SCHENANDOAH et al., Appellants.— Motion on behalf of appellant Clifford Schenandoah granted to appeal on one certified copy of judgment roll filed pursuant to section 485 of the Code of Criminal Procedure, copy of stenographic minutes of entire proceedings of trial certified by stenographer and filed pursuant to section 456 of the Code of Criminal Procedure, and five typewritten copies of brief; Harold P. Fahringer, Jr., Esq. assigned as attorney to conduct appeal.

■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. BEN JACOBSON, Defendant.— Motion for a change of venue denied.